UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. _____

FILED
MAR 4 2014
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

Thomas Everette, Jr.

V.

Jesse Vann White
Whites Wrecking Service Inc.
William Anthony Barnes
Princeville Police Department
Town of Princeville
Diana Lee Draughn
Donyell Weaver

---

I. Plaintiff has not begun other lawsuits in federal Court dealing with the same facts involved with this action.

II. Plaintiff did not present the facts relating to his complaint to the State Inmate Grievance Procedure

## VERIFIED STATEMENT

I have been advised of the requirements regarding exhaustion of administrative remedies and now submit this verified statement.

This Cause of action arose at Edgecombe County Tarboro. NC, and I am now being housed at Hyde Correctional Institution. Therefore, I donot beleive I have administrative remedies relating to this Complaint at this time.

## III. PARTIES:

A. Name of Plaintiff: Thomas Everette, Jr.
Name and address of present Confinement facility: Hyde Correctional Institution, P.O. Box 278 Swan Quarter NC 27885

B. Defendant: Jesse Vann White
Position: Ower/Operater
Employed at: White Wrecking Service, Inc.
Address: 1307 Cherry St Tarboro NC 27886
Capacity in which being Sued: Individual and Official

C. White's Wrecking Service Inc.
Address: 1307 Cherry St Tarboro NC 27886
Capacity in which being Sued: Indèyidual

D. William Anthony Barnes
Position: Princeville Police Officer
Employed at: Princeville Police Department
Address: 3949 Old River Rd Greenville NC 27834
Capacity in which being Sued: Individual and official

E. Princeville Police Department
Address: Princeville NC 27886
Capacity in which being Sued: Individual

F. Town of Princeville
Address: Princeville NC 27886
Capacity in which being Sued: Individual

G. Diana Lee Draughn
   Position: Notary
   Employed at:
   Address: 305 W. 10th St Scotland Neck 27874
   Capacity in which being sued: Individual

H. Donyell Weaver
   Position: Deputy Sheriff
   Employed at: Pitt County Sheriff Department
   Address:  Old River Rd Greenville NC 27834

# IV  STATEMENT OF CLAIM

1. On or around July 4 2012 Jesse Vann White owner and operator of White Wrecking Service a North Carolina Corporation towed my 2003 BMW 745 LI WBAGN63493DR09415 that was driven by Brian L Perry with the Consent of the Owner Thomas Everette Jr. and his mother Alicia Perry Everette (wife). The Vehicle was towed by order of Tarboro Police Dept. because the driver Brian L Perry went thru a road block and didn't have proof of Insurance. After the "BMW" was towed to Storage at White's Wreking Service and was in possession "White" made no attemp to try to notify the owner of the vehicle. "White" Unlawfully did fail to file notice of Storage with DMV for the "BMW" within the 5 day statutory time period. Unknowing to the lawfully owner Thomas Everette. Jr. "White" Sold the "BMW" to Officer William Anthony Barnes, Princeville Police Department without my authorization to sell. "White" unlawfully and willfully did sell the "BMW" to "Barnes" on On or around 9/26/2012 with the intent to permanently deprive me and my family property, without following the required Complete procedure Set Fouth by the Commissioner of The North Carolina Division of Motor Vehicles and The Clerk of Edgecombe County

In State of North Carolina for $3,800.00. In Violation of North Carolina and United State Constitution.

2. On or around 10/23/2012 through 11/5/2012 "Barnes" unlawfully and feloniously did knowingly and designedly with the intent to cheat and defraud obtain and forged an NC Certificate of Title for my "BMW" from the DMV/LPA by means of a false pretense which calculated to deceive and did deceive. "Barnes" knowingly submitted a forged and notarized MVR-4 (Title Application) apply and complete the registration process to re-title my BMW to himself to permanetlly deprive me and my family of the use possession and enjoyment of said property. While my "BMW" was in the possession of "White" or "Barnes" the vehichle/property was futher damanged by putting Surger, Oil, and water in the gas tank and engine. In Violation of of North Carolina and United State Constitution.

3. On or around 10/23/2012 Diana Lee Draughn Conspire with "Barnes" who act under Color of Law. "Draughn" unlawfully and willfully notarize an MVR-4 (Title Application) for Barnes without having witnessed my Sinanature the owner of the "BMW". Draughn also unlawfully willfully and feloniously did conspire with "Barnes" to commit the Felony of title fraud against me. "Barnes" who used his position and authority towards Draughn to permanetlly deprive me and my family of the use possession and enjoyment of the said property. In Violation of North Carolina and United State Constitution.

4. On or around 9/26/2012 or before Donvell Weaver Comspired with "Barnes" by Concealment or nondisclosure of serious crime, by one who did not participate in the crime but as "Weaver" being a Deputy Sheriff who knew what was going on and fail to report or file a complaint, to pervent me and my family from being deprive of the use, possession and enjoyment of said property In Violation of North Carolina and United State Constitution.

V. RELIEF SOUGH BY PLAINTIFF

WHEREFORE, Plaintiff respectfully prays that this Court enters Judgment granting Plaintiff:

1. A declaration that the act omissions described herein violated Plaintiff right under the Constitutions and laws of the United States and North Carolina.

2. A preliminary and permanet injunction ordering ALL defendants(s) not to infringe on plaintiff God given right. And to pay monetary gain requested below.

3. Compensatoin Damages in the amount of $75,000.00 Seventy-five Thousand Dollars against each Deffendants(s) Jointly and Serverally

4. Puntive Damages in the amount of $150,000.00 One Hundred Fifty Thousand Dollars against all Deffendants.

5. A trial by a Jury on all issues triable by Jury.

6. Plaintiff Cost of this Suit.

7. A Constructive Trust against All Defendants Bank accounts and Property.

8. And any additional relief this Court deems Just, proper and equitable.

Signed this 25th day of February

*[signature: Thomas Emmitt Jr.]*

I declare under penalty of perjury that the foregoing is true and Correct.

2-25-14    *[signature: Thomas Emmitt Jr.]*
Date