Motion DENIED
This the 7th day of July, 2014.
/s/ Louise W. Flanagan

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA

FILED
MAY 7 2014
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

Thomas Everette, Jr.
    Plaintiff

v

Jesse Vann White, et al
    Defendant

Court Case Number 4:14CV-34-FL

## DECLARATION FOR ENTRY OF DEFAULT

Thomas Everette, Jr., hereby declares, I am the Plaintiff herein. The Complaint herein was filled on the 4th day of March 2014.

The Court files and record herein show that the Defendant Donyell Weaver were served by the United States Marshal with a Copy of Summons, and a Copy of the Plaintiffs Complaint on the 4th day of April 2014.

More than 20 days have elapsed since the date on which the Defendant Donyell Weaver herein were served with Summons and a Copy Plaintiff Complaint, excluding the date thereof.

The Defendant Donyell Weaver have failed to answer or otherwise defend as to Plaintiff's Complaint, or serve a Copy of any answer or any defense which it might have had, upon affiant or any other Plaintiff herein.

Defendant Donyell Weaver are not in the military service and are not infants or incompetents.

I declare under penalty of perjury that the foregoing is true and correct

May 5, 2014
Date

_Thomas Everette_
Thomas Everette, Jr.

Case 4:14-cv-00034-FL   Document 68   Filed 07/07/14   Page 1 of 1