IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:14-CV-34-FL

| | |
|---|---|
| THOMAS EVERETTE, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JESSE VANN WHITE; WHITE'S | ) |
| WRECKING SERVICE, INC.; WILLIAM | )   ORDER |
| ANTHONY BARNES; PRINCEVILLE | ) |
| POLICE DEPARTMENT; TOWN OF | ) |
| PRINCEVILLE; DIANA LEE DRAUGN; | ) |
| and DONYELL WEAVER, | ) |
| | ) |
| Defendants. | ) |

This matter comes before the court upon notification that the summons, complaint and amended complaint were returned unserved as to defendant Diana Lee Draugn (DE 17, 46). The record shows that the United States Marshal Service attempted service via certified mail, but the packages were returned as unclaimed. The United States Marshal Service is ordered to effect personal service by delivering a copy of the summons, the complaint, the amended complaint, the order directing service by the Unites States Marshal (DE 5), and this order to an officer; director; managing or general agent; member of the governing body; the person who is apparently in charge of the office of such officer, director, managing agent, or member; or any other agent authorized by appointment or by law to receive service of process. Fed. R. Civ. P. 4(h)(1); N.C. GEN. STAT. § 1A-1, Rule 4(j)(8)(a)-(b).

Accordingly, the court hereby extends plaintiff's time to obtain service of defendant Diana Lee Draugn pursuant to Fed. R. Civ. P. 4(m) to September 2, 2014.

SO ORDERED, this the 17th day of July, 2014.

_____
LOUISE W. FLANAGAN
United States District Judge

2