
UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTER DIVISION

Civil Action No: 4:14-CV-00034-FL.

| | |
|---|---|
| THOMAS EVERETTE, JR., )<br>)<br>Plaintiff: )<br>) | |
| ) | REPLY TO PLAINTIFF"S RESPONSE TO |
| JESSE VANN WHITE, in his individual ) | MOTION OF DEFENDANTS |
| and official capacity, WHITE"S ) | PRINCEVILLE POLICE DEPARTMENT, |
| WRECKING SERVICE, INC., ) | TOWN OF PRINCEVILLE AND WILLIAM |
| WILLIAM ANTHONY BARNES, in his ) | ANTHONY BARNES IN HIS OFFICIAL |
| Individual and official capacity, ) | CAPACITY TO DISMISS COMPLAINT |
| PRINCEVILLE POLICE ) | |
| DEPARTMENT, TOWN OF ) | |
| PRINCEVILLE, DIANA LEE ) | Fed. R. Civ. Pro. 12(b)(6) |
| DRAUGHN, in her individual capacity, ) | |
| DONYELL WEAVER, ) | |
| ) | |
| Defendants. ) | |

In regards to the complaint that the plaintiff Thomas Everette, Jr., filed on 04/01/2014, I Diana Lee Draughn at this time I am not at liberty to confirm or deny any involvement in this matter.

Sincerely yours,

*Diana L. Draughn* (signature)
Diana L. Draughn