FILED

SEP 4 - 2014

JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY _____ CRP _____ DEP CLK

Thomas Everette, Jr 0876887
Hyde Correctional Center
P.O. Box 278
Swan Quarter NC 27885

9/2/14

RE. Civil Action No: 4:14-CV-00034-FL

Dear Clerk

I am notifing the Court that my address has temporary Change, I have transfered back to Hyde Correctional Center at the above address.

Sincerely
Thomas Everette Jr.