IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:14-CV-34-FL

| | |
|---|---|
| THOMAS EVERETTE, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WILLIAM ANTHONY BARNES, in )<br>his individual capacity; and DIANA )<br>LEE DRAUGHN in her individual )<br>capacity, )<br>)<br>Defendants. ) | **ORDER GRANTING<br>PLAINTIFF'S MOTION TO<br>COMPEL** |

This matter comes before the Court on the motion of Plaintiff Thomas Everette, Jr., to compel Defendant Diana Lee Draughn to comply with Local Civil Rule 83.3 by providing her current address to the Court. Having considered the motion and other matters of record, the Court finds that the motion should be GRANTED. Ms. Draughn shall notify the Court in writing of her current address on or before 4 April 2016.

IT IS SO ORDERED.

This the  3rd   day of March, 2016.

_____
Louise W. Flanagan
United States District Judge