IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:14-CV-34-FL

| | |
|---|---|
| THOMAS EVERETTE, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WILLIAM ANTHONY BARNES, in )<br>his individual capacity; and DIANA )<br>LEE DRAUGHN in her individual )<br>capacity, )<br>)<br>Defendants. ) | **ORDER GRANTING<br>PLAINTIFF'S MOTION TO<br>STRIKE ANSWER OF<br>DEFENDANT DIANA LEE<br>DRAUGHN** |

This matter comes before the Court on the motion (DE 115) of Plaintiff Thomas Everette, Jr., to strike Defendant Diana Lee Draughn's Answer (DE 76). Having considered the motion and other matters of record, the Court finds that the relief requested is just and proper, and therefore the motion should be GRANTED. The Answer filed by Defendant Diana Lee Draughn (DE 76) is hereby stricken from the record in this case.

IT IS SO ORDERED.

This the  10th  day of May, 2016.

_____
Louise W. Flanagan
United States District Judge